```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 32705
   FRANCIS J PROCHASKA
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-2623

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/18/2005 and was confirmed 09/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 06/06/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
------------------------------------------------------------------------
CARMAX AUTO FINANCE        SECURED            8625.00       489.17        8625.00
CARMAX AUTO FINANCE        UNSECURED          2641.98          .00        2641.98
WORLD FINANCIAL NETWORK    SECURED                .00          .00            .00
WORLD FINANCIAL NETWORK    UNSECURED           677.35          .00         677.35
AMERICAN EXPRESS TRAVEL    UNSECURED           559.70          .00         559.70
AMERICAN EXPRESS TRAVEL    UNSECURED          1209.37          .00        1209.37
AMERICAN EXPRESS TRAVEL    UNSECURED           514.81          .00         514.81
AMERICASH LOANS LLC        UNSECURED          1098.93          .00        1098.93
ASPIRE                     UNSECURED          1860.80          .00        1860.80
ECAST SETTLEMENT CORP      UNSECURED           649.53          .00         649.53
RESURGENT ACQUISITION LL   UNSECURED           554.00          .00         554.00
C & N W PROVISO CREDIT U   UNSECURED         NOT FILED         .00            .00
CAPITAL ONE                UNSECURED           621.49          .00         621.49
CAPITAL ONE                UNSECURED           440.93          .00         440.93
ECAST SETTLEMENT CORP      UNSECURED           498.98          .00         498.98
ECAST SETTLEMENT CORP      UNSECURED          1582.56          .00        1582.56
PIER 1 IMPORTS             UNSECURED           294.24          .00         294.24
RESURGENT ACQUISITION LL   UNSECURED          3343.54          .00        3343.54
SEARS CARD                 UNSECURED         NOT FILED         .00            .00
RESURGENT ACQUISITION LL   UNSECURED           438.61          .00         438.61
US CELLULAR                UNSECURED         NOT FILED         .00            .00
CREDIT COLLECTION SERVIC   NOTICE ONLY      NOT FILED         .00            .00
AMERICAN EXPRESS TRAVEL    UNSECURED            24.00          .00          24.00
STUART B HANDELMAN         DEBTOR ATTY        1,194.00                    1,194.00
TOM VAUGHN                 TRUSTEE                                        1,716.01
DEBTOR REFUND              REFUND                                             .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                  29,035.00

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 32705 FRANCIS J PROCHASKA
```

```
PRIORITY                                                              .00
SECURED                                                          8,625.00
     INTEREST                                                      489.17
UNSECURED                                                       17,010.82
ADMINISTRATIVE                                                   1,194.00
TRUSTEE COMPENSATION                                             1,716.01
DEBTOR REFUND                                                         .00
                                        ---------------    ---------------
TOTALS                                       29,035.00          29,035.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 09/25/08                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE










                              PAGE   2
        CASE NO. 05 B 32705 FRANCIS J PROCHASKA